**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RUSSELL FINKELBERG and** | § | |
| **KAREN GAUGG,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| **vs.** | § | **Civil Action No. 3:21-CV-1828-E** |
| | § | |
| **UBS REALTY INVESTORS LLC, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiffs' motion for sanctions, contained within *Plaintiffs' Motion for Leave to Amend and Remove to State Court*, filed August 18, 2021 (doc. 15), is **DENIED**, and their motion to remand is **GRANTED.** Because it is directed at the prior superseded complaint, *Defendants UBS Realty Investors, LLC's Motion to Dismiss and Brief in Support*, filed August 12, 2021 (doc. 9), is **DENIED as moot**. By separate judgment, this case will be remanded to County Court at Law No. 3 in Dallas County, Texas.

**SO ORDERED; SIGNED** this 22nd day of February, 2022.

_____
**UNITED STATES DISTRICT JUDGE**